IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 08-00597(JR) |
| v. | ) ) | |
| E & M APPLICATORS, INC. d/b/a E & M Applicators d/b/a E & M Applicators Co, Inc. | ) ) ) ) | |
| Defendant | ) | |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK:**

Please enter the Return of Service attached to this notice.

    **Name of Party Served:**    Carla Ward, Manager, who accepted for Defendant

    **Date of Service:**    May 3, 2008

    **Location of Service:**    9405 Sanborne Ct.
    Upper Marlboro, MD 20772

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s Kent G. Cprek
KENT G. CPREK
D.C. Bar No. 478231
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: May 21, 2008

196053-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

E & M APPLICATORS, INC.
d/b/a E & M Applicators
d/b/a E & M Applicators Co, Inc.

Case: 1:08-cv-00597
Assigned To : Robertson, James
Assign. Date : 4/7/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

E & M APPLICATORS, INC.
d/b/a E & M Applicators
d/b/a E & M Applicators Co, Inc.
3405 Sanborne Court
Upper Marlboro, MD 20772

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR - 7 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-3-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Billy T Edwards Jr | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Carla Ward, Manager
9405 Sawborne Ct Upper Marlboro Md 20772

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-3-08
               Date

Signature of Server: Billy J Edwards Jr

Address of Server: 6501 Gold Yarrow Lane
Upper Marlboro, Md 20772

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.