IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 08-00597(JR ) |
| v. ) ) | |
| E & M APPLICATORS, INC. ) d/b/a E & M Applicators ) d/b/a E & M Applicators Co, Inc. ) ) | |
| Defendant ) | |

**REQUEST TO CLERK TO ENTER
<u>DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)</u>**

You will please enter a default on Defendant, E & M Applicators, Inc., d/b/a E & M Applicators, d/b/a E & M Applicators Co, Inc., ("Company") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                     Respectfully submitted,

                     JENNINGS SIGMOND, P.C.

                    BY:/s/ Kent G. Cprek
                     KENT G. CPREK, ESQUIRE
                     (I.D. NO. 478231)
                     The Penn Mutual Towers, 16th Floor
                     510 Walnut Street, Independence Square
                     Philadelphia, PA 19106-3683
                     (215) 351-0615
Date: <u>May 28, 2008</u>            Attorney for Plaintiff

OF COUNSEL:
JUDITH SZNYTER, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0641

196228.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND, et al. ) <br>                                                              ) <br>                 Plaintiff,   ) <br> v.                                                        ) <br>                                                              ) <br> E & M APPLICATORS, INC.                     ) <br> d/b/a E & M Applicators                           ) <br> d/b/a E & M Applicators Co, Inc.              ) <br>                                                              ) <br>                 Defendant      ) | CIVIL ACTION NO. 08-00597(JR ) |

**DECLARATION OF KENT G. CPREK, ESQUIRE FOR ENTRY OF DEFAULT**

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, E & M Applicators, Inc., d/b/a E & M Applicators, d/b/a E & M Applicators Co, Inc., ("Company"), on May 3, 2008, by Billy Edwards, Jr., Process Server, who served Carla Ward, Company's Manager, at  9405 Sanborne Court, Upper Marlboro, MD 20772.  The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

196228.1

    6.    Inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date:  May 28, 2008

196173.1

2

## **CERTIFICATE OF SERVICE**

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

E & M Applicators, Inc.
d/b/a E & M Applicators
d/b/a E & M Applicators Co, Inc.,
9405 Sanborne Court,
Upper Marlboro, MD 20772

/s/Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: May 28, 2008

196228.1