**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.*, : : : : : Plaintiffs, : : v. : E & M APPLICATORS, INC., : : Defendant. : | Civil Action No. 08-0597 (JR) |

**<u>ORDER</u>**

If the plaintiff has a motion for default judgment, following the Clerk's entry of default on May 29, 2008, let it be filed no later than **July 15, 2008**.


JAMES ROBERTSON
United States District Judge